UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAROTTE,

                Plaintiff,          ORDER OF DISCONTINUANCE

    -against-                     CV  03-6479
                                              WEXLER, J.

SUFFOLK COUNTY, et al

                Defendants.

-----------------------------------------------------------X

The parties having reported to the Court that the above action has been settled, it is

ORDERED, that this action is hereby discontinued without costs and with prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       September 29, 2006

                                          LEONARD D. WEXLER
                                       UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.